AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Bruno Brian MARTINEZ-Martinez<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 25-1136 PO<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 10, 2025__ in the county of __Doña Ana__ in the __State and__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| COUNT 1: 8 USC 1325(a)(1) | entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers |

This criminal complaint is based on these facts:
The defendant was encountered by Border Patrol Agents on August 12, 2025, in Dona Ana County, New Mexico. When questioned as to his citizenship, the defendant admitted to being a citizen of Mexico without authorization to enter or remain in the United States. The defendant stated that he last entered the United States by illegally crossing the border near Columbus, New Mexico in Luna County on August 10, 2025, at a place not designated as a lawful port of entry.

☐ Continued on the attached sheet.

_Complainant's signature_
Yvette Zavala, Agent
_Printed name and title_

Electronically submitted and telephonically sworn to before me:
Date: 08/12/2025

_Judge's signature_
G. J. Fouratt, U.S. Magistrate Judge
_Printed name and title_

City and state: Las Cruces, New Mexico